LENA MCALLISTER *vs.* THE CITY OF BRIDGEPORT.

Third Judicial District.

Argued January 16th — decided January 18th, 1900.

ACTION to recover damages for personal injuries claimed to have been caused by the defendant's negligence, brought to the Superior Court in Fairfield County and heard in damages to the court, *Ralph Wheeler, J.;* facts found and judgment rendered for the plaintiff for one dollar, and appeal by her for alleged errors in the rulings of the court.    *No error.*

*Jeremiah D. Toomey, Jr.,* for the appellant (plaintiff).

*Howard H. Knapp* and *Carl Foster,* for the appellee (defendant).

PER CURIAM.    The finding furnishes no foundation for the plaintiff's claim that the defendant had constructive notice of the condition of the sidewalk at the time of the accident.

Her contention is that § 376 of the ordinances of the city of Bridgeport makes it the duty of the street commissioner to remove ice, snow and sleet, from the sidewalks of the city, and therefore he is bound to know their condition.    If this be so, it avails the plaintiff nothing, because the ordinance in

question casts no duty of removal upon the street commissioner unless the ice or snow has been upon the walk for at least six hours, a period which in this case had not expired at the time of the plaintiff's accident, as the court expressly finds.